```
ALESHA LYN CROSS              NAVY FEDERAL CU
200 E 7TH AVE                 ATTN: BANKRUPTCY
PETAL, MS 39465               PO BOX 3302
                              MERRIFIELD, VA 22119


THOMAS C. ROLLINS, JR.        NETWORK SERVICES, INC
THE ROLLINS LAW FIRM, PLLC    ATTN: BANKRUPTCY
P.O. BOX 13767                PO BOX 1725
JACKSON, MS 39236             HATTIESBURG, MS 39403


CAPITAL ONE                   SYNCB
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY DEPT
P.O. BOX 30285                300 COVENTRY ROAD
SALT LAKE CITY, UT 84130      KENSINGTON, CA 94707


CAPITAL ONE AUTO FIN          SYNCHRONY BANK
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
7933 PRESTON RD               PO BOX 965060
PLANO, TX 75024               ORLANDO, FL 32896


COMENITY BANK                 TOWER LOAN
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
PO BOX 182125                 PO BOX 320001
COLUMBUS, OH 43218            FLOWOOD, MS 39232


DISCOVER FINANCIAL            TRUSTMARK NATIONAL
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY DEPT
PO BOX 3025                   248 EAST CAPITOL ST
NEW ALBANY, OH 43054          JACKSON, MS 39201


GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176


JONES CO MEDICAL SUPPL
P.O. BOX 23
LAUREL, MS 39441


KEESLER FCU
ATTN: BANKRUPTCY
PO BOX 7001
BILOXI, MS 39534
```